# United States Bankruptcy Court
## District of Nevada

In re: **Frank Ronald Lucero / Lavern Raynette Lucero**, Debtor(s)

Case No. **09-24340**
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number:  xxx-xx-6967

Joint Debtor's Social Security Number:  xxx-xx-3011

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Frank Ronald Lucero and Lavern Raynette Lucero

Street: 941 High Plains Drive

City, State and Zip: Henderson, NV 89002

Telephone #:

**Please be advised that effective September 15, 20 09, my (our) new mailing address and telephone number is:**

Name: Frank Ronald Lucero and Lavern Raynette Lucero

Street: 9964 S. City Lights Circle

City, State and Zip: South Jordan, UT 84095

Telephone #: 801-860-3638

/s/ Frank Ronald Lucero
Frank Ronald Lucero
Debtor

/s/ Lavern Raynette Lucero
Lavern Raynette Lucero
Joint Debtor

## United States Bankruptcy Court
### District of Nevada

In re    **Frank Ronald Lucero**
       **Lavern Raynette Lucero**
                            Debtor(s)

Case No. **09-24340**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 15, 2009**, a copy of **Change of Address** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Lenard Schwartzer
NV Chapter 7 Trustee
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146

*U.S. Trustee*
U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

/s/ Nicholas Wajda
Nicholas Wajda 11480
Price Law Group, APC
1350 E. Flamingo Road
Suite 15A
Las Vegas, NV 89119
702-794-2008 Fax:702-794-2009